# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6



FILED
CLERK, U.S. DISTRICT COURT

AUG 31, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Angelita "Angela" Valles,

      Plaintiff,

v.

Victor Valley Wastewater Reclamation Authority et al.,

      Defendants.

EDCV 15-2297-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On July 7, 2017, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment. (Doc. No. 68.) In the order, the Court granted summary judgment against (1) Plaintiff's race-based harassment claims against Blewett; (2) Plaintiff's disparate treatment claims; and (3) Plaintiff's § 1983 claims. (Id. at 32.)

As the Court granted summary judgment against Plaintiff's 28 U.S.C. § 1983 claims, all federal claims have been eliminated from the case. (Id.) Further, this case was brought before this Court solely on the basis of federal question jurisdiction. (Doc. No. 28 at 2.) Thus, the Court declines to continue exercising supplemental jurisdiction over the remaining state law

1

claims, and the Court DISMISSES all Plaintiff's remaining state law claims without prejudice to filing in the Superior Court of California.

**IT IS SO ORDERED.**

Dated: 8/31/2017

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge